**People of the State of Illinois, Appellee, v.
Barbara Blakely, Appellant.**

**Gen. No. 51,206.**

First District, Fourth Division.

June 16, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Paul Bradley and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James A. Stamos, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DRUCKER. **Not to be published in full.**